1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA, NORTHERN DIVISION**

11
12

JAMES ROBERT SMITH, an individual;
JAMES ROBERT SMITH, on behalf of J. I. S.,

13

a minor,

**Case No.:** 3:21-cv-313

14

Plaintiffs,

**ORDER FOR REMAND TO**

15

v.

**SECOND JUDICIAL DISTRICT**
**COURT**

16

LYNN SCHLISKEY, an individual; STATE

17

FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY; DOES I

18

through X, inclusive,

19

Defendants.

20
21
22

       The parties, by and through their attorneys of record, hereby stipulate and agree to remand

23

this matter to the Second Judicial District Court of Washoe County, Nevada.  On July 26, 2021,

Plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice of Defendants State Farm Mutual

24

Automobile Insurance Company Only (the "Notice").  The Notice dismissed Defendant State Farm

25

from the action without prejudice.  As Plaintiffs' second cause of action is only brought against

26

Defendant State Farm, the second cause of action is now moot.

27

       Therefore, the parties stipulate and agree to dismiss the second cause of action in the

28

1    Complaint, Violation of NRS 649.370, without prejudice.  As a result of the dismissal of State Farm,

2    and Plaintiffs' second cause of action, the basis for removal (federal question jurisdiction) no longer

3    exists.   Thus, the parties stipulate and agree that this matter be remanded to the Second Judicial

4    District Court.

5

6    DATED this 29th day of July, 2021.               DATED this 29th day of July, 2021.

7
     /s/ J. Robert Smith                                _/s/ Michael A. Pintar
8    J. Robert Smith (SBN 10992)                     Michael A. Pintar (SBN 3789)
     RSmith@SHJNevada.com                            Michael.pintar@mccormickbarstow.com
9    Kendra J. Jepsen (SBN 14065)                    McCormick, Barstow, Sheppard, Wayte &
     KJepsen@SHJNevada.com                           Carruth LLP
10   SIMONS HALL JOHNSTON PC                         241 Ridge Street, Suite 300
11   6490 S. McCarran Blvd., #F-46                   Reno, Nevada 89501
     Reno, Nevada 89509                              Telephone:     (775) 333-0400
12   Telephone:     (775) 785-0088                   Facsimile:     (775) 333-0412
     Facsimile:     (775) 785-0087
13   *Attorneys for Plaintiffs*                        *Attorney for Defendants*

14

15

16
     **IT IS SO ORDERED.**
17

18   DATED:  July 30, 2021.

19

20
                                                     _____
21                                                   UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2021, a true and correct copy of the

**Stipulation and Order for Remand to Second Judicial Court** was served via the United States

District Court CM/ECF system on all parties or persons requiring notice.

>        Michael A. Pintar
>        McCormick Barstow LLP
>        241 Ridge St., Ste. 300
>        Reno, Nevada 89501

DATED this 29th day of July, 2021.

>                                                       /s/ Kiley P. Rasmussen
>                                                       _____
>                                                       Kiley Rasmussen, an employee of
>                                                       SIMONS HALL JOHNSTON PC

SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
Phone: (775) 785-0088